Trustee Copy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Conner, Nelson L                    )          Case No.  10 B 03174
          Conner, Trina N                     )          Judge Eugene R. Wedoff
                                                          Date  08/20/12

                                                          Debtor Attorney:

                                                          Martin J O'Hearn
                                                          10047 S Western Ave
                                                          Chicago, IL  60643

Nelson L. Conner and Trina N. Conner
12142 South Justine Street
Chicago, IL  60643                                        Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  IBM Lender Business Process Services Inc

## Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 9137 | $ 13,550.09 | $ 13,550.09 | $ 13,550.09 |
| Total Amount Paid by Trustee | | | | $ 13,550.09 |

## Monthly Ongoing Mortgage Payment

Mortgage is Paid:

_____  Through the Chapter 13 Conduit        __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of August, 2012.

08/20/12                                            /s/ Rosalind Lanier
Date                                                    Marilyn O. Marshall
                                                        Chapter 13 Trustee
                                                        Office of the Chapter 13 Trustee
                                                        Suite 800
                                                        224 South Michigan Avenue
                                                        Chicago, IL 60604-2500


Debtor                                              US Trustee
Nelson L. Conner and Trina N. Conner               Patrick S. Layng
12142 South Justine Street                          Office of the United States Trustee
Chicago, IL 60643                                   Dirksen Federal Court House
                                                    219 S Dearborn St Rm 873
                                                    Chicago, IL 60604

                                                    Claim Holder
                                                    IBM Lender Business Process Services Inc
                                                    P O Box 4128
                                                    Beaverton, OR 97076-4128


Debtor Attorney                                     Attorney for Claim Holder
Martin J O'Hearn                                    C/O IBM Lender Business Process Services Inc
10047 S Western Ave                                 P O Box 4128
Chicago, IL 60643                                   Beaverton, OR 97076-4128